IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:19-CR-00258-BO-10

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| AKRAM ALI AMER | : |

### FINAL ORDER OF FORFEITURE

WHEREAS, on August 18, 2020, this Court entered a Preliminary Order of Forfeiture pursuant to the provision of 18 U.S.C. § 981(a)(1)(C), based upon the defendant pleading guilty to 18 U.S.C. § 371, and agreeing to the forfeiture of the property listed in the August 18, 2020 Preliminary Order of Forfeiture, to wit:

a) $5,205.00 in U.S. Currency seized from AKRAM ALI AMER on July 16, 2019; and

b) $1,000.00 in lieu of the 2017 Honda Odyssey, VIN: 5FNRL5H21HB017002 sized from Akram Ali Amer on July 16, 2019;

AND WHEREAS, the United States published notice of this forfeiture at the www.forfeiture.gov web site for at least 30 consecutive days, between August 26, 2020 and September 24, 2020, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty of Maritime Claims and Asset Forfeiture Actions. Said published notice advised all third parties of their right to the petition the court within sixty (60) days from the first day of publication date for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

1

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for any of the subject property described in this Court's Preliminary Order of Forfeiture.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the personal property listed in the August 18, 2020 Preliminary Order of Forfeiture, is hereby forfeited to the United States. That the United States Department of Homeland Security, and/or the United States Department Treasury is directed to dispose of the property according to law, including destruction.

2. That any and all forfeited funds shall be deposited by the United States Department of Homeland Security, or the United States Department Treasury as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 31 U.S.C. § 9705.

SO ORDERED this 16 day of January, 2021.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge